# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KATIE MATHEWS,

    Plaintiff,

vs.                                                                        1:20-cv-00120-JFR-KRS

HVR, INC., CLYDE ALEXANDER, DEAN
SCHROEDER, LANDON WRIGHT, and
MICHAEL HANSON,

    Defendants.

## STIPULATION TO REMAND TO STATE COURT

Plaintiff Katie Mathews and Defendant HVR, Inc., by and through their respective counsel, hereby agree and stipulate as follows:

1. On December 6, 2019, Plaintiff commenced this action by filing a Complaint in the Fourth Judicial District Court, County of San Miguel, State of New Mexico.

2. On December 29, 2019, Plaintiff filed a First Amended Complaint in the Fourth Judicial District Court, County of San Miguel, State of New Mexico.

3. On February 11, 2020, Defendant HVR, Inc. filed a Notice of Removal to remove this action to the United States District Court for the District of New Mexico.

4. The parties have agreed to stipulate that the action may be remanded to the Fourth Judicial District Court, San Miguel County, State of New Mexico.

5. The parties have agreed that no action is necessary by this Court with regard to HVR's Motion to Dismiss [Doc. 3].

6. The parties have also stipulated and agreed that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation.

Dated: March 2, 2020

| | |
|---|---|
| MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. | Altura Law Firm |
| By: _/s/ Tiffany L. Roach Martin_____ | By: */s/ electronic approval on 3/2/20* |
| Tiffany L. Roach Martin<br>Dominic A. Martinez<br>MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.<br>Post Office Box 2168<br>Albuquerque, New Mexico 87103-2168<br>Telephone: 505.848.1800<br>tlr@modrall.com<br>dam@modrall.com<br>*Attorneys for Defendant HVR, Inc.* | Andrew Indahl<br>Altura Law Firm<br>500 Marquette Dr. NW<br>Suite 1200<br>Albuquerque, NM 87102<br>andy@alturalawfirm.com<br>(505) 264-8741<br>*Attorney for Plaintiff* |

W3695465.DOCX