IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KATIE MATHEWS,

    Plaintiff,

vs.                                                                            1:20-cv-00120-JFR-KRS

HVR, INC., CLYDE ALEXANDER, DEAN
SCHROEDER, LANDON WRIGHT, and
MICHAEL HANSON,

    Defendants.

## STIPULATED ORDER TO REMAND

Based on the parties' Stipulation to Remand to State Court, and good cause appearing, it is hereby:

**ORDERED** that this matter is remanded to the Fourth Judicial District Court, San Miguel County, State of New Mexico; and

**ORDERED** that no action by this Court is necessary with regard to HVR, Inc.'s Motion to Dismiss [Doc. 3]; and

**ORDERED** that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

_____
JOHN F. ROBBENHAAR
UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

| | |
|---|---|
| MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. | Altura Law Firm |
| By: _/s/ Tiffany L. Roach Martin_____ | By: _/s/electronic approval on 3/2/20___ |
| Tiffany L. Roach Martin<br>Dominic A. Martinez<br>MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.<br>Post Office Box 2168<br>Albuquerque, New Mexico  87103-2168<br>Telephone: 505.848.1800<br>tlr@modrall.com<br>dam@modrall.com<br>*Attorneys for Defendant HVR, Inc.* | Andrew Indahl<br>Altura Law Firm<br>500 Marquette Dr. NW<br>Suite 1200<br>Albuquerque, NM 87102<br>andy@alturalawfirm.com<br>(505) 264-8741<br>*Attorney for Plaintiff* |