

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Mitchell R. Elfers**
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

March 3, 2020

Clerk of District Court
Fourth Judicial District Court
County of San Miguel
496 West National Avenue
Las Vegas, NM 87701

    Re:    Katie Mathews v. HVR, Inc. et al.
             1:20-cv-00120-JFR-KRS

Dear Sir or Madam:

    Please find enclosed a certified copy of the Order signed by United States Magistrate Judge John F. Robbenhaar, along with copies of the entire case file, remanding this case to your court.

    Please acknowledge receipt of this records by returning a **copy of this letter** to this office.

             Sincerely,

             Mitchell R. Elfers, Clerk of Court

             By:   /s/
                Amy Padilla
                Case Administrator

Enclosures
Cc: Counsel of Record/File